IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01033-MSK

THUY D. MURRAY and
SEAN K. MURRAY,

      Plaintiffs,

v.

QUIZNO'S FRANCHISING LLC,
(Actually named as: Quiznos Franchising
LLC, a limited liability company)

      Defendant.
_____

**ORDER RE: MOTION TO CORRECT RECORD TO REFLECT THAT S. DOUGLAS KNOX AND LEWIS J. CONWELL HAVE NOT ENTERED THEIR APPEARANCE AND ARE NOT COUNSEL OF RECORD**
_____

THE COURT having reviewed Defendant's Motion to Correct Record to Reflect that S. Douglas Knox and Lewis J. Conwell Have Not Entered Their Appearance and Are Not Counsel of Record **(#7),** and being fully advised in the foregoing does hereby

ORDER that the Clerk delete the appropriate attorneys as counsel of record.

Dated this 15th day of June 2006.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*
                                      _____
                                      Marcia S. Krieger
                                      United States District Judge