IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01033-MSK-PAC

THUY D. MURRAY and
SEAN K, MURRAY,

     Plaintiff(s),

v.

QUIZNOS FRANCHISING, LLC,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 18, 2006

     IT IS HEREBY

     **ORDERED** that the Stipulated Motion for Leave to File Second  Amended Complaint by July 31, 2006, Doc. # 15, is **granted**.  Plaintiff shall file the Second Amended Complaint no later than July 31, 2006.  It is further

     **ORDERED** that defendant's motion to withdraw the pending motion to dismiss as set forth incorrectly in the above motion is **denied without prejudice**.  Defendant shall file a motion to withdraw the pending motion to dismiss no later than July 24, 2006.