IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01033-MSK-PAC

THUY D. MURRAY and
SEAN K. MURRAY,

        Plaintiffs,

v.

QUIZNOS FRANCHISING LLC,

        Defendant.

## ORDER RE:  MOTION TO WITHDRAW PENDING MOTION TO DISMISS

**THIS MATTER** is before The Court on Defendant Quiznos' Motion to Withdraw Pending Motion to Dismiss Without Prejudice **(#19).**  The Court being fully advised,

**ORDERS** that Quizno's Motion to Withdraw Pending Motion to Dismiss Without Prejudice **(#19) is GRANTED** and the Motion to Dismiss is hereby withdrawn Without Prejudice as it will be moot based on Plaintiffs' Second Amended Complaint.

Dated this 2nd day of August, 2006.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge